**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER GARZA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual,<br><br>　　　　　　Defendants. | Case No.　　3:22-cv-00721-HZ<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE |

Plaintiff objects to the motion to transfer venue as untimely.

Both defendants filed an Answer to the Complaint on July 18, 2022 roughly a year ago, in which they did not raise any objection to venue. Neither did the defendants raise the venue issue in any other way until an email to plaintiff's counsel a few weeks ago.

"A defendant must object to venue by motion or in his answer to the complaint or else his objection is waived." *Reebok Int'l. Ltd. v. TRB Acquisitions LLC* (2017 WL 3016034, USDC-

PAGE 1 – PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
　　TO TRANSFER VENUE

KAFOURY & McDOUGAL
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

OR). "In fact, most jurisdictional objections – such as defects in personal jurisdiction, venue or service of process – are waived unless asserted early in the litigation." *City of South Pasadena v. Mineta*, 284 F3d 1154, 1156 (2002) (citing FRCP 12(H)(1)). [1]

Defendants waived their objections to venue a long time ago. Trial is in a little over three months from today. The motion should be denied.

DATED this 27th day of July, 2023.

KAFOURY & MCDOUGAL

*/s/ Jason Kafoury*
Jason Kafoury OSB# 091200
jkafoury@kafourymcdougal.com
Of Attorneys for Plaintiff

---

[1] Citations to numerous other cases holding the same have been omitted for the sake of brevity.

PAGE 2 – PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

# CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE** on the defendant(s) on the date indicated below by the following method:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email

to said person(s) a true copy thereof, addressed to said persons at their last known address(es)

and facsimile number(s) as follows:

> Rebeca A. Plaza
> Aaron P. Hisel
> Capitol Legal Services LLC
> 901 Capitol St NE
> Salem OR 97301
> rebeca@capitol.legal
> aaron@capitol.legal
>
> Sebastian Tapia
> Salem City Attorney's Office
> 555 Liberty St SE, Ste 225
> Salem OR 97301
> stapia@cityofsalem.net
> mhighsmith@cityofsalem.net
> rgostevskyh@cityofsalem.net
>
> *Attorneys for Defendants*

Dated this 27th day of July, 2023.

                                        KAFOURY & MCDOUGAL

                                        */s/ Jason Kafoury*
                                        Jason Kafoury, OSB #091200
                                        jkafoury@kafourymcdougal.com
                                        Of Attorneys for Plaintiff

PAGE 3 – PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647