**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| CHRISTOPHER GARZA, | Case No. 3:22-cv-00721-HZ |
|---|---|
| Plaintiff, | PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES |
| vs. | |
| CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual, | |
| Defendants. | |

Plaintiff submits the following itemized list of economic damages in the form of medical expenses.

| Provider | DOS | Charges |
|---|---|---|
| **St. Moscati** | 9/17/2021 | $212.00 |
| | 9/24/2021 | $212.00 |
| | 11/29/2021 | $301.00 |
| | 8/22/2022 | $301.00 |
| | | |
| **Sub Totals** | | **$1,026.00** |

PAGE 1 – PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

| Provider | DOS | Charges |
|---|---|---|
| **Hope Orthopedics of Oregon** | 10/4/2021 | $265.00 |
|  | 10/29/2021 | $1,164.00 |
|  | 10/29/2021 | $699.00 |
|  | 10/29/2021 | $661.00 |
|  | 11/1/2021 | $265.00 |
|  | 12/3/2021 | $155.00 |
|  | 12/7/2021 | $1,760.00 |
|  | 12/7/2021 | $1,837.00 |
|  | 12/7/2021 | $1,000.00 |
|  | 12/7/2021 | $1,000.00 |
|  |  |  |
| Sub Totals |  | **$8,806.00** |
| **Willamette Surgery Center** | 12/7/2021 | $6,191.00 |
|  |  |  |
| Sub Totals |  | **$6,191.00** |
| **Salem Radiology** | 9/20/21 | $100.00 |
|  | 9/20/21 | $100.00 |
|  | 9/5/23 | $100.00 |
|  |  |  |
| Sub Totals |  | **$300.00** |
| **Fred Meyer Pharmacy** | 9/20/21 | $14.99 |
|  | 10/13/21 | $3.62 |
|  | 11/4/21 | $10.13 |
|  | 12/7/21 | $22.94 |
|  | 12/17/21 | $8.94 |
|  | 1/22/22 | $23.45 |
|  | 1/30/22 | $10.82 |
|  | 2/9/22 | $7.57 |
|  |  |  |
| Sub Totals |  | **$102.46** |
| **Future Medical Treatment:** |  | $60,000 |
|  |  |  |
| Sub Totals |  | **$60,000** |
| **Grand Totals** |  | **$76,425.46** |

/////

KAFOURY & McDOUGAL
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Plaintiff will testify as to the damages; Dr. Mallik Tella will testify as to future medical treatment costs, and these expenses will be introduced through Exhibit 9.

DATED this 2nd day of October, 2023.

KAFOURY & MCDOUGAL

*/s/ Jason Kafoury*
Jason Kafoury OSB# 091200
jkafoury@kafourymcdougal.com
Of Attorneys for Plaintiff

PAGE 3 – PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES** on the defendant(s) on the date indicated below by the following method:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email

to said person(s) a true copy thereof, addressed to said persons at their last known address(es) and facsimile number(s) as follows:

>Sebastian Tapia
>Salem City Attorney's Office
>555 Liberty St SE, Ste 225
>Salem OR 97301
>stapia@cityofsalem.net
>mhighsmith@cityofsalem.net
>rgostevskyh@cityofsalem.net
>
>*Attorneys for Defendants*

Dated this 2nd day of October, 2023.

KAFOURY & MCDOUGAL

*/s/ Jason Kafoury*
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Of Attorneys for Plaintiff

PAGE 4 – PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647