**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| CHRISTOPHER GARZA, | Case No. 3:22-cv-00721-HZ |
|---|---|
| Plaintiff, | PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS |
| vs. | |
| CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual, | |
| Defendants. | |

**Plaintiff requests the following voir dire questions:**

**A.    BACKGROUND—GENERAL**

1) Have you ever been a party to a civil or criminal case? If so, please explain.

2) Have you ever been involved with management or a manager at a public or private entity? If so, have you ever been involved in hiring or firing people? If so, please explain.

PAGE 1 – PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

3) Have you ever worked for an insurance company or been involved in evaluating claims? If so, please explain.

4) Have you, any family members or close friends ever worked in a human resources department? If so, please explain.

5) Who knows you best in this world, and if they were asked, how would they describe you?

**B.        BACKGROUND—RELATED TO ISSUES IN THIS CASE**

1) Have you, a family member or close friend ever believed that you were wrongfully pulled over or detained by a police officer? If so, please explain.

2) Have you ever had to report a car stolen? What were your experiences in dealing with the police in reporting a stolen car? If so, please explain.

3) Have you, any family members, or close friends ever had the experience that a police officer believed you had committed a crime but simply let you go without investigating or arresting you? If so, please explain.

4) Have you, any family members or close friends ever worked in law enforcement? If so, please explain.

5) Have you, any family members or close friends ever worked in health care? If so, please explain.

6) Have you, any family members or close friends ever worked for a government entity? If so, please explain.

7) Do you have any training, knowledge, or experience regarding procedures that law enforcement officers are supposed to follow? If so, please explain.

8) Have you ever been involved in evaluation of claims by anyone involving racial discrimination? If so, please explain.

KAFOURY & McDOUGAL
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

### C. POTENTIAL BIAS

1) Anyone have strong feelings about compensation for false arrest? If so, please explain.

2) Anyone have strong feelings about compensation for an individual subjected to racial discrimination? If so, please explain.

Dated this 9th day of October, 2023.

KAFOURY & MCDOUGAL

*/s/ Jason Kafoury*
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Of Attorneys for Plaintiff

PAGE 3 – PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PROPOSED VOIR DIRE QUESTIONS** on the defendant(s) on the date indicated below by the following method:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email

to said person(s) a true copy thereof, addressed to said persons at their last known address(es) and facsimile number(s) as follows:

>Sebastian Tapia
>Salem City Attorney's Office
>555 Liberty St SE, Ste 225
>Salem OR 97301
>stapia@cityofsalem.net
>mhighsmith@cityofsalem.net
>rgostevskyh@cityofsalem.net
>
>*Attorneys for Defendants*

Dated this 9th day of October, 2023.

        KAFOURY & MCDOUGAL

        */s/ Jason Kafoury*
        Jason Kafoury, OSB #091200
        jkafoury@kafourymcdougal.com
        Of Attorneys for Plaintiff

PAGE 4 – PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647