**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER GARZA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual,<br><br>Defendants. | Case No. 3:22-cv-00721-HZ<br><br>PLAINTIFF'S PROPOSED FORM OF VERDICT |

Plaintiff requests the attached proposed form of verdict.

DATED this 2nd day of October, 2023.

                                            KAFOURY & MCDOUGAL

                                            /s/ *Jason Kafoury*

                                            Jason Kafoury OSB# 091200
                                            jkafoury@kafourymcdougal.com
                                            Of Attorneys for Plaintiff

PAGE 1 – PLAINTIFF'S PROPOSED FORM OF VERDICT

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER GARZA,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual,<br><br>        Defendants. | Case No.    3:22-cv-00721-HZ<br><br>VERDICT |

I. Excessive Force

1. On plaintiff's claim for Excessive Force against Officer Baker, do you find in favor of

plaintiff or defendant?

        ANSWER:    Plaintiff    _____

                            Defendant   _____

PAGE 1 - VERDICT

If you found for plaintiff on Question 1, proceed to Questions 2 and 3. If you found for defendant on Question 1, skip to Question 4.

2. What are plaintiff's damages?

    ANSWER:   Noneconomic Damages:   _____

    Economic Damages:   _____

3. What amount of punitive damages do you award, if any?

    ANSWER:   _____

II. False Arrest

4. On plaintiff's claim for False Arrest, do you find in favor of plaintiff or defendants?

    ANSWER:   Plaintiff   _____

    Defendants   _____

If you found for plaintiff on Question 4, proceed to Question 5. If you found for defendants on Question 4, skip to Question 6.

5. What are plaintiff's False Arrest damages?

    ANSWER:   Noneconomic Damages:   _____

    Economic Damages:   _____

III.   Battery

6.   On plaintiff's claim for Battery, do you find in favor of plaintiff or defendants?

   ANSWER:   Plaintiff   _____

   Defendants   _____

If you found for plaintiff on Question 6, proceed to Question 7. If you found for defendants on Question 6, you are done.

7.   What are plaintiff's Battery damages?

   ANSWER:   Noneconomic Damages:   _____

   Economic Damages:   _____

Dated: November ____, 2023.

_____
Presiding Juror

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S PROPOSED FORM OF VERDICT** on the defendant(s) on the date indicated below by the following method:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email

to said person(s) a true copy thereof, addressed to said persons at their last known address(es) and facsimile number(s) as follows:

    Sebastian Tapia
    Salem City Attorney's Office
    555 Liberty St SE, Ste 225
    Salem OR 97301
    stapia@cityofsalem.net
    mhighsmith@cityofsalem.net
    rgostevskyh@cityofsalem.net

    *Attorneys for Defendants*

Dated this 9th day of October, 2023.

    KAFOURY & MCDOUGAL

    */s/ Jason Kafoury*
    Jason Kafoury, OSB #091200
    jkafoury@kafourymcdougal.com
    Of Attorneys for Plaintiff