**Gregory Kafoury, OSB No. 741663**
kafoury@kafourymcdougal.com
**Mark McDougal, OSB No. 890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB No. 091200**
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland OR 97204
Phone: (503) 224-2647
Fax: (503) 224-2673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| CHRISTOPHER GARZA, | Case No. 3:22-cv-00721-HZ |
|---|---|
| Plaintiff, | PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES |
| vs. | |
| CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual, | |
| Defendants. | |

Plaintiff respectfully objects to the following witnesses offered by Defendants.

As required by the Trial Management Order, these objections are grouped by type of objections.

| Witness | Description | Objection/Argument |
|---|---|---|
| **DEPOSITION DESIGNATIONS** | | |
| Juan Carlos Gomez-Vallez | Defendants' Deposition Designations and Intended Use at Trial | Witness does not qualify under any of the FRCP 32 reasons |

PAGE 1 – PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

| | | |
|---|---|---|
| Hector Gonzalez-Nunez | Defendants' Deposition Designations and Intended Use at Trial | Witness does not qualify under any of the FRCP 32 reasons |
| Christopher Garza | Defendants' Deposition Designations at: 25:20 – 26:13 | This pertains to plaintiff's pre-existing neck injury. Plaintiff is dropping his claim for aggravation of neck injury and therefore this testimony is no longer pertinent to any claim |
| Christopher Garza | Defendants' Deposition Designations at: 28:15 – 28:23 | Incomplete – does not include plaintiff's answer to the last question in the sequence |
| Christopher Garza | Defendants' Deposition Designations at: 29:18 – 30:19 | Irrelevant and prejudicial – whether or not plaintiff paid for living on the property, and how much he paid, are not relevant to any claim or defense |
| Christopher Garza | Defendants' Deposition Designations at: 32:24 – 33:18 | See Plaintiff's Motions in Limine 8 & 9 |
| Christopher Garza | Defendants' Deposition Designations at: 35:11 – 35:17 | See Plaintiff's Motions in Limine 8 & 9; also this is incomplete and does not contain the question asked |
| Christopher Garza | Defendants' Deposition Designations at: 42:9 – 42:10 | Incomplete; does not contain the question asked nor the complete answer |
| | **WITNESS STATEMENTS** | |
| Officer David Baker | Any testimony that he saw news reports of increased theft in Salem. Any testimony that he finds it rewarding to find felons and stolen cars. | Not relevant to any element of plaintiff's claims or defenses thereto; improper bolstering testimony |
| Kyle Felix | Any testimony as to the black object he purportedly saw in the car after he arrived on scene. | Speculative on multiple levels, including that he does not profess to know what the object was, whether it was in plaintiff's hand at any point, and whether it bears any similarity to the object Ofc. Baker claimed to have seen in plaintiff's hand |
| Christopher Garza | Any questions designed to elicit testimony that plaintiff was "on disability" | See Plaintiff's Motions in Limine 21 & 22 |

PAGE 2 – PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

| Tom Faciszewski, M.D. | Any testimony regarding plaintiff being "on disability" or "disabled." | See Plaintiff's Motions in Limine 21 & 22 |

DATED this 9th day of October, 2023.

KAFOURY & MCDOUGAL

/s/ *Jason Kafoury*

Jason Kafoury OSB# 091200
jkafoury@kafourymcdougal.com
Of Attorneys for Plaintiff

PAGE 3 – PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

# CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES** on the defendant(s) on the date indicated below by the following method:

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email

to said person(s) a true copy thereof, addressed to said persons at their last known address(es)

and facsimile number(s) as follows:

    Sebastian Tapia
    Salem City Attorney's Office
    555 Liberty St SE, Ste 225
    Salem OR 97301
    stapia@cityofsalem.net
    mhighsmith@cityofsalem.net
    rgostevskyh@cityofsalem.net

    *Attorneys for Defendants*

Dated this 9th day of October, 2023.

    KAFOURY & MCDOUGAL

    */s/ Jason Kafoury*
    Jason Kafoury, OSB #091200
    jkafoury@kafourymcdougal.com
    Of Attorneys for Plaintiff

PAGE 4 – PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESSES

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647