Sebastian Tapia, OSB No. 043761
stapia@cityofsalem.net
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
    Telephone: (503) 588-6003
    Fax: (503) 361-2202
        Attorney for Defendants

Gregory Kafoury, OSB No. 741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB No. 890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB No. 091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW 2nd Avenue, Suite 200
Portland OR 97204
    Telephone: (503) 224-2647
    Facsimile: (503) 224-2673
        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER GARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual,<br><br>    Defendants. | Case No. 3:22-cv-00721-HZ<br><br>**JOINT SUBMISSION OF MOTIONS IN LIMINE** |

Pursuant to the Trial Management Order, the parties have conferred and agreed upon the following checklist of motions in limine for the court to consider:

PAGE 1 – JOINT SUBMISSION OF MOTIONS IN LIMINE

| **Plaintiff's Motions in Limine** | | |
|---|---|---|
| No. | Title of Motion in Limine | Ruling |
| 1. | no ref. to prior bad acts of plaintiff | |
| 2. | no ref. to past incarcerations of the plaintiff | |
| 3. | no reference to any physical conditions, infirmities, or body parts of the plaintiff other than those relevant to his specific claims of damage | |
| 4. | no reference to any mental health conditions or diagnoses of plaintiff. | |
| 5. | no reference to plaintiff ever having been sued by collection agencies or any other parties | |
| 6. | no reference to any allegations of drug or alcohol abuse or drug seeking behavior at any time by plaintiff | |
| 7. | no reference to plaintiff's employment history | |
| 8. | no reference to prior 911 or police calls to or from the tire shop (objection to witness Garza) | |
| 9. | no reference to the entry in Defendant Baker's police report re: had in the past called to report suspicious people digging through cars in the parking lot (objection to witness Garza) | |
| 10. | no reference to plaintiff's opinion or lack thereof regarding "whether an officer should be suspicious when he sees three guys hanging around . . . car with a hood up after midnight at closed tire shop?" | |
| 11. | no reference to defendant Baker's description of Juan Carlos Gomes-Vallez as intoxicated | |
| 12. | no reference to any prior interactions between plaintiff and any law enforcement officers | |

| | | |
|---|---|---|
| 13. | no reference to any prior arrests of plaintiff | |
| 14. | no reference to taxpayer funds being used to pay a jury award | |
| 15. | no reference to any defendant's ability to pay any money award | |
| 16. | no questions or reference to what the plaintiff would do with any money award | |
| 17. | no reference to plaintiff attempting to "win the lottery" or trying to get a "jackpot verdict" | |
| 18. | no reference to any argument about good works, outreach to the community, or charity work done by defendants Baker and/or the Salem Police. | |
| 19. | no reference to unpaid medical bills or medical insurance | |
| 20. | no evidence regarding plaintiff's mitigation or lack thereof of his injuries absent medical foundation for this evidence | |
| 21. | no reference to any collateral source income including any disability or other benefits plaintiff has received or may receive (objection to witnesses Garza and Faciszewski) | |
| 22. | no reference to Social Security disability or insurance claims by plaintiff, or to plaintiff being "on disability" or "found to be disabled." (objection to witness Garza and Faciszewski) | |
| 23. | no reference to Plaintiff's two divorces or child support obligations | |
| 24. | no mention of plaintiff's wealth or poverty | |
| 25. | no reference to testimony or exhibits that were excluded by the Court | |
| 26. | no reference whatsoever to any financial interests that plaintiff's | |

|   | |   |
|---|---|---|
|   | attorneys might have in the outcome of the case | |
| 27. | no comment whatsoever about any of the trial lawyers | |
| 28. | No personal opinions of counsel | |

| **Defendants' Motions in Limine** | | |
|---|---|---|
| No. | Title of Motion in Limine | Ruling |
| 1. | Calls to action | |
| 2. | Arguments designed to appeal to racial or local prejudice | |
| 3. | Lawyers' former lawsuits against law enforcement agency, including the Salem Police Department | |
| 4. | Reference to news stories about unrelated use of force by peace officers | |
| 5. | Arguments or eliciting testimony that is focused toward racial animus or bias per Opinion & Order | |
| 6. | Testimony or arguments that address whether Ofc. Baker's conduct should be considered criminal | |
| 7. | Expert opinions offered by fact witnesses *[Def. Objection to Witness Richard Tobin, M.D. & Ex. 14]* | |
| 8. | Limiting Adam Bercovici's expert testimony *[Def. Objection to Witness Adam Bercovici & Ex. 10]* | |

DATED: October 18, 2023

<u>s/ Sebastian Tapia</u>  
Sebastian Tapia, OSB No. 043761  
Attorney for Defendants

<u>/s/ Jason Kafoury</u>  
Jason Kafoury, OSB #091200  
Gregory Kafoury, OSB No. 741663  
Mark McDougal, OSB No. 890869  
Attorneys for Plaintiff