Sebastian Tapia, OSB No. 043761
stapia@cityofsalem.net
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
    Telephone: (503) 588-6003
    Fax: (503) 361-2202
        Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| CHRISTOPHER GARZA, Plaintiff, v. CITY OF SALEM, an Oregon municipal corporation; and OFFICER DAVID BAKER, an individual, Defendants. | Case No. 3:22-cv-00721-HZ <br><br> **DEFENDANTS' AMENDED EXHIBIT LIST** |
|---|---|

| NO. | DESCRIPTION | PREADMITTED | OFFERED | RECEIVED |
|---|---|---|---|---|
| 501 | SPD Police Radio Traffic 02:25 (COS 000001) | X | | |
| 502 | Computer Aided Dispatch Report (CAD) COS 000002-4 | X | | |
| 503 | Incident Report of 9/17/2021 by Ofc. Baker COS 000005-8 | X | | |
| 504 | Use of Force Report 9/17/2021 COS 000009-10 | X | | |
| 505 | Person Query Report for Christopher Garza COS 000766-791 | X | | |
| 506 | Intentionally left blank | | | |

| NO. | DESCRIPTION | PREADMITTED | OFFERED | RECEIVED |
|---|---|---|---|---|
| 507 | Plaintiff's Medical Records from St. Moscati | X | | |
| 508 | Plaintiff's Medical Records from Hope Orthopedics | X | | |
| 509 | Plaintiff's Medical Records from Hope Keizer | X | | |
| 510 | Intentionally left blank | | | |
| 511 | Plaintiff Medical Records from St. Moscati Priors | X | | |
| 512 | Plaintiff's Medical Records from Salem Health Priors | | | |
| 513 | Plaintiff's Medical Records from Salem Pain and Spine Priors | | | |
| 514 | Plaintiff's Medical Records from Salem Rehab Priors | | | |
| 515 | Plaintiff's medical records from Lancaster Family Health | | | |
| 516 | Intentionally left blank | | | |
| 517 | Right shoulder images, dated 4/28/2021 | X | | |
| 518 | Intentionally left blank | | | |
| 519 | Right shoulder images, dated 9/20/2021 | X | | |
| 520 | MRA right shoulder, dated 10/21/2021 | X | | |
| 521 | Right shoulder images, dated 9/5/2023 | X | | |
| 522 | Photo of OK Tire Store | X | | |
| 523 | Impeachment Exhibit | | | |
| 524 | Impeachment Exhibit | | | |

DATED this 2nd day of November, 2023.

*s/ Sebastian Tapia*
Sebastian Tapia, OSB No. 043761
Attorney for Defendants