IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER GARZA,**

       Plaintiff,

v.

**CITY OF SALEM, OFFICER DAVID BAKER,**

       Defendants.

No. 3:22-cv-00721-HZ

VERDICT FORM

We, the jury, unanimously find as follows:

**Excessive Force Claim (federal law)**

1. Did Plaintiff Christopher Garza prove by a preponderance of the evidence his Fourth Amendment excessive force claim?

    YES __X__ NO ____

Proceed to Question 2.

Garza v. City of Salem, 3:22-cv-00721-HZ
JURY VERDICT FORM — 1

**Battery Claim (state law)**

2. Did Plaintiff prove by a preponderance of the evidence his battery claim?

YES  X   NO _____

If you answered "YES" to Questions 1 and/or 2, answer Question 3 about damages. If you answered "NO" to both Questions 1 and 2, your verdict on these claims is for the Defendant—skip Question 3 and proceed to Question 4.

3. What is the monetary value of the damages that Plaintiff Christopher Garza sustained for his federal excessive force claim and/or his state-law battery claim?

Economic Damages: $ 150,000

Noneconomic Damages: $ 500,000

-or-

Nominal Damages: $ _____

Punitive Damages, if any: $ 2,000,000 (federal claim only)

**False Arrest Claim (state law)**

4. Did Plaintiff prove by a preponderance of the evidence his false arrest claim?

YES  X   NO _____

If you answered "YES" to Question 4, answer Question 5 about damages. If you answered "NO" to Question 4, your verdict on this claim is for the Defendant—skip Question 5 and the presiding juror should sign and date this Verdict Form.

5. What is the monetary value of the damages that Plaintiff Christopher Garza sustained for his false arrest claim?

Noneconomic Damages: $ 500,000

The Presiding Juror should sign and date this Verdict Form.

DATED this 9th day of November, 2023

_____
Presiding Juror

Garza v. City of Salem, 3:22-cv-00721-HZ
JURY VERDICT FORM — 2