IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER GARZA,

        Plaintiff,

v.

CITY OF SALEM, OFFICER DAVID BAKER,

        Defendants.

No. 3:22-cv-00721-HZ

AMENDED JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff as follows:

    On Plaintiff's Fourth Amendment excessive force claim:

        Economic damages in the amount of $150,000;

        Noneconomic damages in the amount of $500,000; and

        Punitive damages in the amount of $650,000.

1 – JUDGMENT

On Plaintiff's battery claim: no damages.

On Plaintiff's Oregon false arrest claim: noneconomic damages in the amount of $500,000.

Post-judgment interest at the rate of 5.08% shall run on the above amounts as of December 14, 2023, the date of entry of the original judgment.

Plaintiff's attorney fees in the amount of $171,023.75;

Plaintiff's non-taxable costs in the amount of $5,992.67; and

Plaintiff's taxable costs in the amount of $3,712.63.

Post-judgment interest at the rate of 4.99% shall run on the above attorney fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on Plaintiff's Fourth Amendment false arrest claim.

DATED: 2/27/24 .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – JUDGMENT